NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CISCO SYSTEMS, INC., HEWLETT PACKARD ENTERPRISE CO.,**
*Appellants*

v.

**K.MIZRA LLC,**
*Appellee*

2022-2290, 2023-1183

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00593, IPR2022-00081, IPR2022-00084.

**ON PETITION FOR PANEL REHEARING**

Before DYK, REYNA, and STOLL, *Circuit Judges*.

PER CURIAM.[1]

**O R D E R**

K.Mizra LLC filed a petition for panel rehearing.

---

[1] Circuit Judge Newman did not participate.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The mandate of the court will issue October 9, 2024.

FOR THE COURT

October 2, 2024
Date

Jarrett B. Perlow
Clerk of Court